IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JEFFREY RAY LUDLOW                                                                         PLAINTIFF

v.                          Case No. 2:16-CV-02047-PKH-MEF

SHERIFF RON BROWN;
CHIEF DEPUTY JIM
DAUANTE; CAPTAIN
SHAWN FIRESTINE;
LIEUTENANT VENA
CUPP; and CORPORAL
CARRIE SELF-DOWDY                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 26th day of October, 2016.

/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE